IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARY J. HICKS, as Personal Representative of the Estate of Alva Hicks, Jr. and MARY J. HICKS, individually,<br><br>  Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 13-393-SLR/SRF<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 8th day of April, 2014, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on March 17, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 172) is adopted.

2. Plaintiff's motion to remand (D.I. 31) is denied.

_____
United States District Judge